**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 215 EAL 2021
                                             :
               Respondent             :
                                           :  Petition for Allowance of Appeal
                                         :  from the Order of the Superior Court
            v.                         :
                                           :
                                         :
TIYLEE JONES,                           :
                                         :
               Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.

      The Application to Appear as Amici Curiae is denied as moot.